# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00358-CV

**In re Alfredo A. Galindo, Idalia M. Galindo and Elizabeth Bohorquez**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators' petition for writ of mandamus is denied.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   September 18, 2009